UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMY C. PIGOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-00764 |
| v. | ) | |
| | ) | Judge Sharp |
| BATTLE GROUND ACADEMY and JOHN W. GRIFFITH, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum of Law, Defendants Battle Ground Academy and John W. Griffith's Motion for Summary Judgment (Docket No. 13) is GRANTED IN PART and DENIED IN PART, as follows:

1) Summary Judgment is GRANTED in favor of Defendant Griffith on Plaintiff's claims arising under Tenn. Code Ann. § 4-21-301(2).

2) Summary Judgment is DENIED on all other claims.

3) Plaintiff's common-law retaliatory discharge claim is DISMISSED WITH PREJUDICE.

This case is returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE