# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| AMY C. PIGOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11 C 00764 |
| | ) | Judge Marvin E. Aspen |
| BATTLE GROUND ACADEMY and | ) | |
| JOHN C. GRIFFITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

We reviewed Defendants' unopposed motion to reset the trial date back to May 14, 2013 in light of conflicts with the current trial date of May 21, 2013. We hereby grant the motion and schedule the trial to begin May 14, 2013. In addition, the pretrial conference scheduled for May 20, 2013 is stricken and reset for May 13, 2013 at 11:30 a.m.

The parties are advised that this trial is not first in line to proceed on May 14, 2013. We will provide the parties with as much advance notice as possible if this trial will proceed that week. If it cannot, we will select a new trial date at the pretrial conference. In the meantime, the parties shall prepare for trial as scheduled and comply with all deadlines for the filing of pretrial materials.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:     Chicago, Illinois
           February 20, 2013