IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMY C. PIGOTT )
) No. 3-11-0764
v. )
)
BATTLE GROUND ACADEMY; and )
JOHN W. GRIFFITH )

O R D E R

Pursuant to the order entered February 26, 2013 (Docket Entry No. 38), counsel for the parties called the Court on March 7, 2013, at which time the following matters were addressed:

1. The parties have continued settlement discussions. Although the prospects for settlement do not appear substantial at this point, the parties agreed to continue their negotiations.

2. The parties shall make arrangements for plaintiff's counsel to inspect files as plaintiff's counsel requested in his January 9, 2013, letter.

3. Plaintiff's counsel advised that he expects to file a motion to set an alternative trial date of May 21, 2013, in the event that the parties are not able to go to trial on May 14, 2013, as scheduled because another case is scheduled for trial before this case. The defendant will oppose scheduling such an alternative trial date for the reasons provided in their prior motion to reschedule or continue trial (Docket Entry No. 36).

4. Counsel for the parties shall schedule a telephone conference call with the Magistrate Judge before April 30, 2013, if they want to address potential settlement or any other matters prior to trial.

Unless directed to do so beforehand, if the Court has not heard from the parties prior to April 30, 2013, the file will be forwarded to the Honorable Marvin E. Aspen prefatory to the May 13, 2013, pretrial conference and May 14, 2013, trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge